**Clifford P. MALONE, Movant,**

v.

**STATE of Missouri, Respondent.**

**No. 44855.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Dec. 21, 1982.

**382**

Rothman & Sokol, Robert J. Keefe, Clayton, Terry A. Bond, St. Louis, for movant.

John Ashcroft, Atty. Gen., Kristie Green, Asst. Atty. Gen., Jefferson City, George A. Peach, Circuit Atty., St. Louis, for respondent.

CRANDALL, Presiding Judge.

Movant appeals from the trial court's denial, without an evidentiary hearing, of his successive Rule 27.26 motion. We affirm. Movant's conviction for murder in the first degree was affirmed in *State v. Malone,* 301 S.W.2d 750 (Mo.1957). The denial of movant's first Rule 27.26 motion was affirmed in *Malone v. State,* 461 S.W.2d 727 (Mo. 1971).

Movant first alleges ineffective assistance of counsel in his original trial because his attorney failed to properly investigate and prepare his case. This contention was raised in *Malone v. State,* 461 S.W.2d 727 (Mo.1971) and will not be reconsidered in this appeal. Rule 27.26(d).

Movant next alleges ineffective assistance of counsel in his original trial because his attorney failed to request a manslaughter instruction. Our review of the record discloses that trial counsel did request a manslaughter instruction and it was refused. The refusal of the manslaughter instruction was raised on direct appeal and ruled adversely to movant in *State v. Malone,* 301 S.W.2d 750, 759 (Mo.1957). It will not be reconsidered in this appeal. Rule 27.26(b)(3).

Movant finally alleges ineffective assistance of counsel in his first Rule 27.26 motion for failure to raise the two contentions that he raises in this appeal. For the reasons previously given, movant's contention is without merit.

The order of the trial court denying movant's successive Rule 27.26 motion without an evidentiary hearing is affirmed.

REINHARD and CRIST, JJ., concur.